JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SHAUN W. SOLOMON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security, | Case No. 5:24-cv-00204-SHK<br><br>[~~PROPOSED~~]<br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: 08/19/2024

　　　　　　　　　　　　　　　　　　　／s／ Shashi H. Kewalramani
　　　　　　　　　　　　　　　　THE HONORABLE SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

-1-